IN THE UNITED STATES
DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA

RECEIVED
MAR 19 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

---

Michael Anthony Lucien-Bey
Propria Persona, Sui Juris
      Plaintiff,

v.

Marcus Myers, Warden Louisiana State Prison
Terry Bordelon, Billy Temple, Terry Morgan,
Kent Dauzat & Jonathan Norman,
Individually & in their Official Capacities,
      Defendant[s]

COMPLAINT
Civil Action No. 21-cv-0755

---

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

1.

2. The Western District of Louisiana is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTFF

3. Plaintiff, Michael Anthony Lucien-Bey, is and was at all times mentioned herein a prisoner of the State of Louisiana, in the custody of the Louisiana Department of Correctional Center, in Cottonport Louisiana.

## III. DEFENDANTS

4. Defendant, James LeBlanc is the Director of the State of Louisiana Department of Corrections. He is legally responsible for the overall operation of the Department and each institution under its jurisdiction, including Raymond Laborde Correctional Center.

5. Defendant, Marcus Myers is the Warden of Raymond Laborde Correctional Center. He is legally responsible for the operation of Raymond Laborde Correctional Center and for the welfare of all the inmates in that prison.

6. Defendants, Terry Bordelon, Billy Temple, Terry Morgan, Kent Dauzat and Jonathan Norman are Correctional Officers of the Louisiana Department of the Louisiana Corrections Prison who, at all times mentioned in this complaint, held the ranks of Major, Captain, and Sargent and are assigned to Raymond Leborde Correctional Center.

7. Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

## III. FACTS

8. At all times and dates relevant to this case, Plaintiff, Michael Anthony Lucien-Bey observed certain Correctional officials at Raymond Leborde Correctional Center, hereonin, RLCC, violating Public and Safety and Covid-19 protocols of the state.

9. On October 5, 2020, A.D., Kent Dauzat was observed by myself and others in RLCC's kitchen standing over the food line w/o a mask or gloves on while serving offenders during a Covid-19 outbreak within RLCC between 4:00 pm. and 5:00 pm.

10. On October 9, 2020, A.D., between 6:00 am and 7:00 am., Kent Dauzat and Terry Bordelon was observed by myself and others, talking while standing over the food line in RLCC's kitchen w/o any mask or gloves on during the Covid-19 pandemic along with Jonathan Norman.

4.

11. On October 10, 2020. A.D., between 1:00 P.M. and 1:30 P.M., Kent Dauzat and Terry Bordelon were once again observed by myself and others standing and talking over the food line in the kitchen of RLCC during the Covid-19 pandemic w/o mask on.

12. On October 11, 2020. A.D., between 4:00 P.M. and 5:00 P.M., Kent Dauzat and Terry Bordelon was acting negligent in failing to follow safety protocol during the Covid-19 pandemic by not wearing any mask or gloves while standing over the food line in RLCC's kitchen.

13. On September 27, 2020. A.D., between 1:00 P.M., Terry Morgan was observed by myself and others, talking in RLCC's kitchen over the food line w/o any mask or gloves.

14. "UPON INFORMATION AND BELIEF," KENT DAUZAT HAS HAD THE COVID-19 VIRUS AND WAS PUT ON LEAVE TO SELF QUARANTINE BEFORE COMING BACK TO WORK AT RLCC.

15. "UPON INFORMATION AND BELIEF," PREVIOUS WARDEN SANDY McCAIN AND HEAD DOCTOR CASEY McVEA HAVE DIED FROM COVID-19 WHILE INTERACTING WITH OTHER CORRECTIONAL OFFICERS BEFORE FINDING OUT THEY HAD THE VIRUS, SUBJECTING OFFENDERS TO COVID-19.

16. SEE ATTACHED EXHIBITS IN SUPPORT OF COMPLAINT.

IV. EXHAUSTION OF LEGAL REMEDIES

17. Plaintiff, Michael Anthony Lucien-Bey, USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE AT RAYMOND LABORDE CORRECTIONAL CENTER TO TRY AND SOLVE THE PROBLEM. ON SEPTEMBER 30, 2020, AD., Plaintiff, Michael Anthony Lucien-Bey, PRESENTED THE FACTS RELATING TO THIS COMPLAINT. ON OCTOBER 26, 2020, AD.,

Plaintiff, Michael Anthony Lucien-Bey, was sent a response saying that the grievance had been denied. On November 16, 2020, A.D., Plaintiff, Michael Anthony Lucien-Bey, appealed the denial of the grievance.

## V. LEGAL CLAIMS

18. Plaintiff reallege and incorporate by reference paragraphs 1-17.

19. The deliberate indifference by the Defendants practices and continuations of unsafe conditions and cruel and unusual punishment violated Plaintiff, Michael Anthony Lucien-Bey rights under the Eight Amendment to the United States Constitution and The Declaration of Human Rights, Article V (5).

20. Plaintiff, Michael Anthony Lucien-Bey, was NOT sentenced to life nor death in any court of law, but to a term of years. The deliberate indifference by the Defendants practices of unsafe Covid-19 protocols violated Plaintiff Constitutional Right to "Life."

21. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendants unless this court grants the Declaratory and Injunctive Relief which Plaintiff seeks.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgement granting Plaintiff:

22. A Declaration that the acts and omissions described herein, violated Plaintiff's rights under the Constitution and laws of the United States.

23. A Preliminary and Permanent injunction ordering Defendants, Terry Bordelon, Billy Temple, Terry Morgan, Kent Dauzat and Jonathan Norman, to uphold the Constitution and the laws of the United States, and to stop violating the Public Health and Safety of the Plaintiff as well as other inmates by following the Covid-19 Protocols put in place by the State.

24. Compensatory damages in the amount of $100,000.00, USD. against each Defendant, jointly and severally.

25. Punitive damages in the amount of $50,000.00, USD. against each Defendant.

26. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

27. PLAINTIFF COSTS IN THIS SUIT.

28. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATED: March 11, 2021, A.D.

Respectfully Submitted,

_Michael Anthony Lucien-Bey_ [Seal]
Michael Anthony Lucien-Bey
Propria Persona, Sui Juris
All Right Reserved
1630 Prison Road.
Cottonport, Louisiana.

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at Cottonport, Louisiana. on March 11, 2021, A.D.

Autograph with Seal _Michael Anthony Lucien-Bey_
Michael Anthony Lucien-Bey
Propria Persona, Sui Juris

Seal →

10.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

Michael Anthony Lucien-Bey
V.
MARCUS MYERS WARDEN
TERRY BORDELON
BILLY TEMPLE
KENT DAUZAT
JONATHAN NORMAN
TERRY MORGAN

Declaration OF:
Calvin English

CIVIL ACTION NO: _____

Calvin English 360590 Here By Declares:

I have been incarcerated at RAYMOND LABRONDE CORRECTIONAL CENTER since 2009. Since the month of April COVID-19 has spreaded in RAYMOND LABRONDE CORRECTIONAL CENTER. Warden Sandy MaCain A Doctor AN some prisoners has died since the spreaded of COVID-19. I here By witness on the 5, 9, 10, 11 of the month of October And September 27, 2020. These officers Terry Bordelon, Billy Temple, Terry Morgan, Kent Dauzat And Jonathan Norman talking over the food line W/O mask or Gloves. "Upon Information And Belief" Kent Dauzat whose one of the officer was put on leave to self QUARNTINE before coming back to work this was before coming back to work of incident.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED AT COTTONPORT, LOUISIANA ON THE 24 DAY OF JANUARY 2021 A.D.

Sig Calvin English
Calvin English #360590
1630 Prison Rd.
Cottonport, LA 71327

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

Micheal Anthony Lucien-Bey
    Plaintiff

V.

Director / James Le Blanc
Warden / Marcus Myers
Major / Terry Bordelon II
Captain / Terry Morgan
Sergeant / Kent Davzat
    Defendants

DECLARATION OF
Kendell joesph chargois-El

Civil Action No: _____

Kendell joesph chargois-El hereby declares:

I have been at Raymond Laborde Correctional center since July 2016. Covid-19 spreaded at raymond laborde around the month of April 2020; Warden Sandy Macain died from Covid-19 around this time frame; sergeant Davzat, who contracted and recovered, from covid-19, in the month of september 2020, was allowed back to work, in the institution's kitchen, in the month of september 2020; Sergeant Davzat duty was to work behind the kitchen's steamline, help serve the inmate population there daily meal. while I was waiting in line to receive my meal, I saw sergeant Davzat without his mandated mask on his face or gloves on his hands; Major Bordelon II and Captain Morgan

1.

, who was pumping officers in the kitchen area on the days of the 26th and 27th of september, 2020, did nothing to stop or prevent the insidious actions of Sergeant Dauzat cause they, themselves, did not have on there mask covering there mouths or noses or gloves on there hands, behind the steamline, and other areas of the kitchen; I ren Cooper and Micheal Anthony Lucien-Bey, who are inmates at raymond laborde correctional center, witness as I did, in the above dates, the intentional spreading of Covid-19, by the officers in this Declaration; I also, personally witness, on the dates of the 5th, 6th, and 10th of October 2020, the same fatuity actions, by the officers mention herein this declaration, even after I filed a complaint on the 30th day of September 2020.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Cottonport, Louisiana on the 24th day of january 2021, A.D.

Sig *Kendell joesph Chargois-El*
Kendell joesph Chargois-El
1630 Prison Road
Cottonport, Louisiana 71327

2.

In the United States District Court for the Western District of Louisiana

Michael A. Lucien-Bey
Plaintiff

V.

Major Bordelon
Sgt. Kent Dauzat
Sgt. Johnathan Norman

Declaration of
Rayshaud E. Green

Civil Action No: _____

Rayshaud E. Green hereby declares:

On 9-27-20 at approximately 1:30pm and again at 4:30 (which are the times for lunch and dinner,) I observed Sgt. Kent Dauzat and Major Bordelon both behind the steam line without wearing facial covering. I later observed Sgt. Johnathan Norman coming from the entrance behind the steam line and talked to both Sgt. Kent Dauzat and Major Bordelon without wearing his mask.

1.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at R.L.C.C. in Cottonport La on 1-20-21

Respectfully: *[signature]*
Mr. Rayshaud E. Green