UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL LUCIEN-BEY #502734,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00755<br>SEC P |
| VERSUS | JUDGE DRELL |
| MARCUS MYERS ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 9), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Complaint, and Motion for Preliminary Injunction contained therein (ECF No. 1), is hereby DENIED and DISMISSED WITH PREJUDCE under § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 17 day of May 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT